IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-02730-WYD-KMT

EDWARD J. LAVALLEE,

Plaintiff,

v.

CROCS, INC.;
RONALD R. SNYDER;
RUSS CRUTCHFIELD;
PETER S. CASE;
RAYMOND CROGHAN;
MICHAEL MARGOLIS;
MICHAEL MARKS;
RICHARD SHARP;
THOMAS SMACH; and
DELOITTE & TOUCHE, LLP,

Defendants.

---

**ORDER OF REASSIGNMENT**

---

THIS MATTER is before the Court on the Notice of Related Case filed December 4, 2009 (doc. # 9). The Notice states, pursuant to D.C.COLO.LCivR 7.5, that this case is related to *In Re Crocs, Inc. Securities Litigation*, Case No. 07-cv–02351-PAB-KLM (consolidated with 07-cv-02412; 07-cv-02454; 07-cv-02465; and 07-cv-02469) ("the consolidated action").

I have reviewed the Notice of Related Case and have conferred with my colleague Judge Phillip A. Brimmer. I find that this case is related to the consolidated action pending before Judge Brimmer and, as Chief Judge, approve of the

reassignment of the case to Judge Brimmer pursuant to D.C.COLO.LCivR 40.1A. Judge Brimmer consents to the reassignment of this case. Accordingly, it is

ORDERED that this case be reassigned to Judge Phillip A. Brimmer. Upon reassignment the Clerk shall change the civil action number to 09-cv-02730-PAB.

Dated: December 8, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge