IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–02730–PAB–KMT

EDWARD LAVALLEE,

Plaintiff,

v.

CROCS, INC.,
RONALD R. SNYDER,
RUSS HAMMER,
JOHN P. MCCARVEL,
SCOTT CRUTCHFIELD,
PETER S. CASE,
RAYMOND CROGHAN,
MICHAEL MARGOLIS,
MICHAEL MARKS,
RICHARD SHARP,
THOMAS SMACH, and
DELOITTE & TOUCHE LLP,

Defendants.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion to Withdraw as Counsel" (#11, filed December 9, 2009) is DENIED. Plaintiff failed to confer with Defendants before filing the present motion. The Local Rules of Practice for the District of Colorado require all parties to confer on motions and other disputes before a motion is filed. D.C.Colo.LCivR 7.1A; *see also Visor v. Sprint*, 1997 WL 796989 (D. Colo. 1997).

Defendant Deloitte & Touche LLP's "Unopposed Motion to Withdraw as Attorney" (#13, filed December 9, 2009) is GRANTED. Attorney Joseph C. Merschman is relieved of any further

representation of Defendant Deloitte & Touche LLP in the above-captioned matter. The Clerk of Court is instructed to remove Mr. Merschman from the electronic certificate of mailing.

Dated: December 10, 2009