IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–02730–PAB–KMT

EDWARD LAVALLEE,

Plaintiff,

v.

CROCS, INC.,
RONALD R. SNYDER,
RUSS HAMMER,
JOHN P. MCCARVEL,
SCOTT CRUTCHFIELD,
PETER S. CASE,
RAYMOND CROGHAN,
MICHAEL MARGOLIS,
MICHAEL MARKS,
RICHARD SHARP,
THOMAS SMACH, and
DELOITTE & TOUCHE LLP,

Defendants.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on Defendants' "Unopposed Motion to Withdraw as Counsel" (#17, filed December 18, 2009) and "Unopposed Motion to Withdraw as Counsel" (#18, filed December 18, 2009). Being otherwise fully advised, it is hereby **ORDERED** that the Motions (#17 and #18) are **GRANTED**. Attorneys Mark D. Cahill and James E. DiTullio are relieved of any further representation of Defendants Crocs, Inc., Ronald R. Snyder, Russ Hammer, John P. McCarvel, Scott Crutchfield, Peter S. Case, Raymond Croghan, Michael Margolis, Michael Marks, Richard Sharp, and Thomas Smach (the "Defendants") in the above-captioned matter.

The Clerk of Court is instructed to remove Messrs. Cahill and DiTullio from the electronic certificate of mailing.

Dated: December 21, 2009