IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02730-PAB-KLM

EDWARD J. LAVALLEE

Plaintiff,

v.

CROCS, INC.,
RONALD R. SNYDER,
JOHN P. MCCARVEL,
SCOTT CRUTCHFIELD,
PETER S. CASE,
RAYMOND CROGHAN,
MICHAEL MARGOLIS,
MICHAEL MARKS,
RICHARD SHARP,
THOMAS SMACH,
DELOITTE & TOUCHE, LLP,

Defendants.

---

**MINUTE ORDER**

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on James P. Langan, Esq.'s **Unopposed Motion to Withdraw As Counsel** [Docket No. 23; Filed December 23, 2009] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Attorney James P. Langan is relieved of any further representation of Plaintiff in the above-captioned matter. The Clerk is instructed to terminate him as attorney of record and to remove his name from the electronic certificate of mailing.

Dated: December 28, 2009