IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02730-PAB-KLM

EDWARD J. LAVALLEE

    Plaintiff,

v.

CROCS, INC.,
RONALD R. SNYDER,
JOHN P. MCCARVEL,
SCOTT CRUTCHFIELD,
PETER S. CASE,
RAYMOND CROGHAN,
MICHAEL MARGOLIS,
MICHAEL MARKS,
RICHARD SHARP,
THOMAS SMACH,
DELOITTE & TOUCHE, LLP,

    Defendants.

_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Motion to Adjourn Scheduling/Planning Conference** [Docket No. 27; Filed July 29, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Conference set for September 14, 2010 at 10:30 a.m. is **vacated** and will be reset, if necessary, upon resolution of Defendants' motions to dismiss [Docket No. 104], [Docket No. 107], [Docket No. 108] pending in the Consolidated Action 07-02351-PAB-KLM.

Dated: August 2, 2010