IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 09-cv-02730-PAB-KLM

EDWARD J. LAVALLEE,

Plaintiff,

v.

CROCS, INC., et al.,

Defendants.

---

**MINUTE ORDER**

---

**Entered by Judge Philip A. Brimmer**

On April 29, 2011, this matter was stayed pending the Court of Appeals for the Tenth Circuit's resolution of a related appeal. *See* Docket No. 33. The parties were also ordered to filed a status report within ten days of a final appellate decision. *See* Docket No. 33 at 4. The appellate matter is still ongoing, and the Court will therefore exercise its discretion pursuant to D.C.COLO.LCivR 41.2 to administratively close this case. It is

**ORDERED** that this case shall be administratively closed. Either party may seek to reopen this matter for good cause, including a final decision in the Tenth Circuit matter.

DATED May 30, 2012.