**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-CV-02730-PAB-KLM

EDWARD J. LAVALLEE,

Plaintiff,

v.

CROCS, INC.,
RONALD R. SNYDER,
RUSS HAMMER,
JOHN P. MCCARVEL,
SCOTT CRUTCHFIELD,
PETER S. CASE,
RAYMOND CROGHAN,
MICHAEL MARGOLIS,
MICHAEL MARKS,
RICHARD SHARP,
THOMAS SMACH, and
DELOITTE & TOUCHE LLP,

Defendants.

---

**DEFENDANT DELOITTE & TOUCHE LLP'S OPPOSITION TO PLAINTIFF LAVALLEE'S MOTION TO RE-OPEN CASE**

---

Defendant Deloitte & Touche LLP ("Deloitte") hereby opposes the "Motion to Open Case Administratively Closed" ("Motion") filed by Plaintiff Edward J. Lavallee on February 11, 2014. (Dkt. No. 40.) Deloitte opposes the Motion for the same reasons set forth in the Crocs Defendants' opposition to the Motion, filed on March 7, 2014. (Dkt. No. 41.)

Dated: March 7, 2014

Respectfully submitted,

/s/ Matthew S. Kahn

Matthew S. Kahn
Gibson, Dunn & Crutcher LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-0921
Telephone: (415) 393-8200
Facsimile: (415) 393-8306
Email: MKahn@gibsondunn.com

Attorneys for Defendant Deloitte & Touche LLP

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| rgerace14@comcast.net | Richard J. Gerace |
| EJOlson@mofo.com | Erik Jeffrey Olson |
| nserfoss@mofo.com | Nicole K. Serfoss |
| pfriedman@mofo.com | Paul T. Friedman |

/s/ Matthew S. Kahn
Matthew S. Kahn
Gibson, Dunn & Crutcher LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-0921
Telephone: (415) 393-8200
Facsimile: (415) 393-8306
Email: MKahn@gibsondunn.com

101691462.1