IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:09-CV-02730-PAB-KLM

EDWARD J. LAVALLEE,

    Plaintiff,

v.

CROCS, INC.,
RONALD R. SNYDER,
RUSS HAMMER,
JOHN P. MCCARVEL,
SCOTT CRUTCHFIELD,
PETER S. CASE,
RAYMOND CROGHAN,
MICHAEL MARGOLIS,
MICHAEL MARKS,
RICHARD SHARP,
THOMAS SMACH, and
DELOITTE & TOUCHE LLP

    Defendants

## NOTICE OF PLAINTIFF'S VOLUNTARY DISMISSAL OF THE CROCS DEFENDANTS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff, Edward J. Lavallee, hereby dismisses the action as to the Crocs Defendants (Crocs, Inc., Ronald R. Snyder, Russ Hammer, John P. McCarvel, Scott Crutchfield, Peter S. Case, Raymond Croghan, Michael Margolis, Michael Marks, Richard Sharp, and Thomas Smach) with prejudice, each party to bear its own attorneys' fees and costs.

Dated: September 30, 2014

/s/ Richard J. Gerace
Richard J. Gerace
Gerace Law Office
1500 JFK Boulevard
2 Penn Center Plaza, #200
Philadelphia, PA 19102
215-854-6345
Fax: 484-472-8749
Email: rgerace14@comcast.net

Attorney for Plaintiff
EDWARD J. LAVALLEE

## CERTIFICATE OF SERVICE

I hereby certify that on Sept 30, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address(es):

| | |
|---|---|
| Paul T. Friedman | pfriedman@mofo.com |
| Erik J. Olson | ejolson@mofo.com |
| Nicole K. Serfoss | nserfoss@mofo.com |
| Robert Charles Blume | rblume@gibsondunn.com |
| Scott A. Fink | sfink@gibsondunn.com |
| Matthew S. Kahn | mkahn@gibsondunn.com |

/s/ Richard J. Gerace
Richard J. Gerace